CYNTHIA M. WOOD, Respondent-Appellant, v KENNETH E. WOOD, Appellant-Respondent. [682 NYS2d 788] —Order unanimously modified on the law and as modified affirmed without costs in accordance with the following Memorandum: Upon consideration of plaintiff's "reasonable needs and predivorce standard of living in the context of the enumerated statutory factors * * * (*see,* Domestic Relations Law § 236 [B] [6] [a] [1]-[11])" (*Hartog v Hartog*, 85 NY2d 36, 52), we conclude that Supreme Court did not abuse its discretion in awarding plaintiff maintenance of $400 biweekly until defendant's retirement (*see, Boughton v Boughton*, 239 AD2d 935). The court, however, should have awarded maintenance retroactive to February 13, 1995, the date of the application therefor (*see,* Do-

mestic Relations Law § 236 [B] [6] [a]; *Lester v Lester*, 237 AD2d 872, 873). We therefore modify the order by providing that maintenance is retroactive to that date *(see, DiSanto v DiSanto*, 198 AD2d 838). (Appeals from Order of Supreme Court, Wyoming County, Nenno, J.—Matrimonial.) Present—Green, J. P., Pine, Wisner, Callahan and Boehm, JJ.